1  Darrel Dalon Watson _____ (Full Name)
2  darrelw849@gmail.com _____ (Email Address)
3  6600 Stanford Ave #420 _____ (Address Line 1)
4  Los Angeles, Ca 90002 _____ (Address Line 2)
5  (213) 849-7377 cell _____ (Phone Number)
6  Plaintiff _____ in Pro Per
7  (indicate Plaintiff or Defendant)

FILED
CLERK, U.S. DISTRICT COURT
6/7/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    RYO    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No.: 2:25-cv-00457-UA

Darrel Dalon Watson,
    Plaintiff,
vs.
Eric Taliaferro,
    Defendant(s).

Plaintiff's
(indicate Plaintiff or Defendant)

**NOTICE OF MOTION AND MOTION** Trial By Jury or By The Court and order for continuance to a settlement

Hearing Date: July 7, 2025
Hearing Time: _____
Judge: _____ (Judge's name)
Place: _____ (courtroom number)

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on __July 7, 2025__ at _____,
(date)                        (time)

or as soon thereafter as this matter may be heard in the above-entitled Court located at _____,
(address of the Court in which the motion is being made)

Revised: February 2017
Form Prepared by Public Counsel.
© 2011, 2017 Public Counsel. All rights reserved.

1
Notice of Motion and Motion