1  Darrel Dalan Watson _____ (Full Name)
2  darrelw849@gmail.com _____ (Email Address)
3  6060 Stanford Ave #440 _____ (Address Line 1)
4  Los Angeles, Ca 90021 _____ (Address Line 2)
5  (213) 849-7377 _____ (Phone Number)
6  Plaintiff _____ in Pro Per
   (indicate Plaintiff or Defendant)

FILED
CLERK, U.S. DISTRICT COURT
6/7/2025
CENTRAL DISTRICT OF CALIFORNIA
BY  RYO  DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Darrel Dalan Watson,

Plaintiff,

vs.

Eric Taliaferro,

Defendant(s).

Case No.: 2:25-cv-00457-UA

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION** Trial By Jury or By the Court and order for continuance to a settlement

Hearing Date: July 7, 2025
Hearing Time: _____
Judge: _____ (Judge's name)
Place: _____ (courtroom number)

1. I want him questioned about Brenda Juice Love-Watson born June 28, 1968
2. to 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. It's been 2 years since I seen her and they lied and
3. told me she died November 14, 2022. My brother Clifton James Maxfield
4. born May 13, 1988 is the brother to 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 and he was framed for
5. a crime he did not do. I want these individuals linked to Eric Mjiafuro
6. polygraphed in regards to 2.34 million dollars in trust or monies stolen
7. from Darrel Dion Watson along with 40 million dollar homes. His
8. entire family losing income and housing if any along with government
9. benefits, insurance, and other things such as spitting if this was the
10. case because they have not. Anything they have done have been covered.
11. I also want them polygraphed about my brothers incarceration and
12. when he is in jail. Also polygraphed about the harassment of Darrel
13. Dion Watson for the past 3-4 years including some relatives continuously
14. mentioned. If any info is not true in this case and or others they
15. purposely did so with the intentions for me to get sued by them
16. by pressing a remote to their spyware while performing each harassing tactic.